**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6103**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AUBREY BERNARD BROWN,

Defendant - Appellant.

———————————

**No. 96-6621**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE LEE DIXON,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-90-
128-MJG, CA-94-27-MJG, CA-94-26-MJG)

———————————

Submitted:  October 7, 1997          Decided:  November 7, 1997

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fred Warren Bennett, CATHOLIC UNIVERSITY LAW SCHOOL, Washington, D.C., for Appellants.  Carmina Szunyog Hughes, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellants appeal from district court orders denying their motions filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)) and, in No. 96-6621, two motions for reconsideration of that order. We have reviewed the record, the district court's opinions and orders, and the report and recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm all of the orders on the reasoning of the district court. <u>United States v. Brown</u>, Nos. CR-90-128-MJG, CA-94-27-MJG; <u>United States v. Dixon</u>, Nos. CR-90-128-MJG, CA-94-26-MJG (D. Md. Nov. 15, 1995; Mar. 11 and Apr. 1, 1996). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>